1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYNTHIA BIEBER, | ) | Case No. 1:15-cv-00804-MCE-BAM |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| TOYOTA FINANCIAL SERVICES | ) | |
| AMERICAS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that pursuant to pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and the Stipulation of the parties to dismiss this case with prejudice (ECF No. 14), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.
Dated: November 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT